| | |
|---|---|
| 1 | Name     Kenneth A. Feinswog |
| 2 | Bar #     129562-California |
| | Firm     Law Offices of Kenneth A. Feinswog |
| 3 | Address     400 Corporate Pointe |
| 4 | Suite 300 |
| | Culver City, CA 90230 |
| 5 | Telephone     310-846-5800 |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Stensrud, Inc. et al        )
                        )
       Plaintiff,      )
                        )     **Case No.**
       vs.           )
Various John Does, Jane Does and    )     **Corporate Disclosure Statement**
ABC Companies        )
       Defendant.     )
                        )
                        )

       This Corporate Disclosure Statement is filed on behalf of Plaintiffs _____

in compliance with the provisions of: *(check one)*

    [✔]     Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [   ]     Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [   ]     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

[ ] Other(please explain)

_____

_____

     **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __16th__ day of __February__, __2024__.

s/Kenneth A. Feinswog
_____
Counsel of Record

Certificate of Service: